

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 3, 2017

**BY ECF**
Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/17

Re:  *United States* v. *Craig Carton* and *Michael Wright*, 17 Cr. 680 (CM)

Dear Chief Judge McMahon:

**MEMO ENDORSED**

The grand jury returned the above-referenced Indictment yesterday, November 2. An arraignment and initial conference is scheduled before Your Honor for Wednesday, November 8 at 4:00 p.m. From speaking with defense counsel, the Government understands that counsel for Mr. Carton is unavailable on Monday and that counsel for defendant Wright is unavailable on Tuesday.

Accordingly, the Government respectfully requests that time under the Speedy Trial Act be excluded until November 8. The Government submits that the exclusion of time will serve the best interests of the public and the defendants in a speedy trial because it will allow for continuity of counsel, *see* 18 U.S.C. § 3161(h)(7)(B)(iv), and will allow the Government to begin producing discovery. Counsel for defendant Carton consents to this request; counsel for defendant Wright does not. Enclosed please find a proposed order for the Court's consideration.

Respectfully submitted,

JOON H. KIM
Acting United States Attorney

By: /s/ Brendan F. Quigley
Brendan F. Quigley / Elisha J. Kobre
Assistant United States Attorneys
Southern District of New York
Tel: (212) 637-2190 / 2599

11/6/2017
I would have seen the defendants today but counsel are unavailable until Wednesday. It is not the government's fault. I exclude time from November 3-8 due to the unavailability of defense counsel. See you Wednesday.