USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CRAIG CARTON and MICHAEL WRIGHT,

Defendants.

**Notice of Motion**
**17 Cr. 680 (CM)**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the United States of America, by its attorney Joon H. Kim, Acting United States Attorney for the Southern District of New York, and Brendan F. Quigley and Elisha J. Kobre, Assistant United States Attorneys, of counsel, will move this Court for rulings (i) to quash the Rule 17(c) subpoenas identified in the accompanying memorandum of law and (ii) to stay compliance with any additional Rule 17(c) subpoenas issued by counsel for defendant Wright, without prior approval of the Court, as well as for such other relief as the Court deems just and proper.

Dated: New York, New York
       November 17, 2017

JOON H. KIM
Acting United States Attorney for the
Southern District of New York

By: _____
Elisha J. Kobre / Brendan F. Quigley
Assistant United States Attorneys
Tel.: (212) 637 2599/2190

MEMO ENDORSED

[Handwritten endorsement: 11/20/2017 — I cannot imagine why def. counsel could not possibly say in response whatever it is, but in any event all compliance w/ 11/27/2017 subpoenas is stayed. The day of the conference, I will read the response before the conference & rule on the motion to compel/stay the subpoenas at the conference. /s/ CM]