

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 26, 2019

Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States* v. *Craig Carton and Michael Wright*, 17 Cr. 680 (CM)

Dear Chief Judge McMahon:

      The Government respectfully writes to confirm that, as per discussions with your Honor's deputy clerk, the sentencing of Michael Wright will take place on March 7, 2019 at 2:30 p.m. and the sentencing of Craig Carton will take place on March 15, 2019 at 10:30 a.m.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

By:   /s/
      Elisha J. Kobre/Brendan F. Quigley
      Assistant United States Attorneys
      (212) 637-2599 / 2190